1  Bruce Kokozian CA Bar No. 195723
   KOKOZIAN LAW FIRM, APC
2  8383 Wilshire Blvd, Suite 1018
   Beverly Hills, CA 90211
3  Telephone:  323.857.5900
   Facsimile:   323.935.4919
4

   Attorneys for Plaintiff IRENE TURNER
5

6  Vince M. Verde CA Bar No. 202472
   vince.verde@ogletreedeakins.com
7  Carolyn E. Sieve CA Bar No. 182763
   carolyn.sieve@ogletreedeakins.com
8  Daniel A. Adlong CA Bar No. 262301
   daniel.adlong@ogletreedeakins.com
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Suite 1500
10 695 Town Center Drive
   Costa Mesa, CA  92626
11 Telephone:  714.800.7905
   Facsimile:   714.754.1298
12
   Attorneys for Defendants G2 SECURE STAFF, LLC
13 and ARLENE HAYES

14

J S - 6

15                    **UNITED STATES DISTRICT COURT**

16                    **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| IRENE TURNER, an individual, | Case No. CV 12-526-GW(PLAx) |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| G2 SECURE STAFF, LLC; ARLENE HAYES; and DOES 1 through 100, inclusive, | |
| Defendants. | Action Filed: November 7, 2011<br>Trial Date:    None |

LA12CV00526GW-O JS-6.doc

1  Pursuant to the parties' "Stipulation of Dismissal of Action With
2  Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that
3  the above-referenced action be and hereby is dismissed in its entirety, with
4  prejudice.  Each party shall bear her or its own costs and attorneys' fees.

6  IT IS SO ORDERED.

9  DATED: August 22, 2013                    _____
                                              The Hon. George H. Wu
10                                            Judge, United States District Court,
                                              Central District of California

LA12CV00526GW
-O JS-6.doc

1   Case No. CV12 – 526 GW (PLAx)
ORDER RE STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE